1 | Gerald L. McMahon, Esq. (SBN 36050)          JS-6
2 | David J. Zubkoff, Esq. (SBN 149488)
  | SELTZER CAPLAN McMAHON VITEK
3 | A Law Corporation
4 | 750 B Street, Suite 2100, Symphony Towers
  | San Diego, California 92101
5 | Telephone:  (619) 685-3003
6 | Facsimile:  (619) 685-3100
  | E-Mail: mcmahon@scmv.com
7 | E-Mail: zubkoff@scmv.com
8 |
  | Attorneys for Defendant Federal Insurance
9 | Company

10 |             UNITED STATES DISTRICT COURT

11 |        FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | KRATOS DEFENSE & SECURITY,          ) CASE No. CV-09-03462-JHN (PJWx)
13 | INC., a Delaware Corporation,        )
                                          )
14 |                 Plaintiff,           )  STIPULATED REQUEST FOR DISMISSAL
15 |                                      )  WITH PREJUDICE; AND ORDER THEREON
                                          )
16 |     vs.                              )
                                          )
17 | FEDERAL INSURANCE COMPANY,           )
    | an Indiana Corporation, and DOES 1   )
18 | through 50,                          )
                                          )
19 |                                      )
20 |                 Defendants.          )

21 |

22 |     The parties to this action, plaintiff Kratos Defense & Security, Inc., a/k/a Kratos

23 | Defense & Security Solutions, Inc., a/k/a Wireless Facilities, Inc., and defendant

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1

1  Federal Insurance Company, hereby stipulate and request that this entire case be

2  dismissed with prejudice, and that each party bear its own costs and attorneys' fees.

3

4  DATED: September 23, 2010   LUQUE MARINO LLP

5                              By: _Daniel Marino_ by Nancy Lupe

6                              Daniel Marino, Esq.
                               Attorneys for Plaintiff Kratos Defense & Security, Inc.,
7                              a/k/a Kratos Defense & Security Solutions, Inc., a/k/a
8                              Wireless Facilities, Inc.

9

10

11 DATED: September 27, 2010   SELTZER CAPLAN McMAHON VITEK
                               A Law Corporation
12
                               By: _Gerald L. McMahon_
13
                               Gerald L. McMahon
14                             Attorneys for Defendant Federal Insurance Company

15

16

17 IT IS SO ORDERED.

18

19 Dated: September 28, 2010

20                             HON. JACQUELINE H. NGUYEN
                               Judge of the United States District Court
21

22

23

24

25

26

27

28

2

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; AND ORDER THEREON        CASE NO. CV-09-03462-JHN (PJWx)